FILED
CLERK, U.S. DISTRICT COURT

MAR 2 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                 DEPUTY

1
2
3
4
5
6
7         UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA
9

10 EDWARD JAMES LUNA,     )   No. EDCV 12-19 PA (FFM)

11         Petitioner,     )

12    v.               )   JUDGMENT

13 CONNIE GIPSON *et al.*,    )

14         Respondents.    )

15

16      Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17 United States Magistrate Judge,

18      IT IS ADJUDGED that the Petition is dismissed with prejudice.

19

20 DATED: *March 26, 2013*

21

22

23                  PERCY ANDERSON

24              United States District Judge

25

26

27

28